**STATE of Missouri, Respondent,**

v.

**Larry Wayne DUNCAN, Appellant.**

**No. WD35585.**

Missouri Court of Appeals,
Western District.

Sept. 4, 1984.

David M. Strauss, Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before DIXON, P.J., and SHANGLER and SOMERVILLE, JJ.

### ORDER

PER CURIAM.

Appeal from jury trial conviction for second degree burglary, a class C felony, Section 569.170, RSMo 1978, and stealing, a class C felony, Section 570.030, RSMo Supp.1983, and sentence to two consecutive one-year terms of confinement in the county jail.

Affirmed. Rule 30.25(b).